UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| LUCAS A. NICKELSON (#126086062), | § § § | |
| Plaintiff, | § § § | |
| V. | § § | No. 3:20-cv-135-B |
| UNKNOWN OFFICER, | § § § | |
| Defendant. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND
RECOMMENDATION OF THE MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in
this case. No objections were filed. The District Court reviewed the proposed findings, conclusions,
and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions,
and Recommendation of the United States Magistrate Judge.

**SO ORDERED.**

**DATE: MAY 5, 2020.**

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE